An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD LEE BURCHETT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61819

FILED

MAY 1 4 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction entered pursuant to a guilty plea of possession of a controlled substance. Third Judicial District Court, Lyon County; Leon Aberasturi, Judge.

First, appellant Richard Lee Burchett contends that defense counsel was ineffective for ignoring his statements that he was set-up because someone else placed the methamphetamine in his bathrobe pocket. "This court has repeatedly declined to consider ineffective-assistance-of-counsel claims on direct appeal unless the district court has held an evidentiary hearing on the matter or an evidentiary hearing would be needless." *Archanian v. State*, 122 Nev. 1019, 1036, 145 P.3d 1008, 1020-21 (2006). As Burchett has not alleged that either of these exceptions apply, we decline to consider this contention on direct appeal.

Second, Burchett challenges the validity of his guilty plea, arguing that the prosecutor failed to disclose exculpatory evidence that would prove that he was set-up when someone else placed the methamphetamine in his bathrobe pocket. "Generally, we will not review a plea-validity challenge that is raised for the first time on appeal. There are exceptions to this rule in cases where: (1) the error clearly appears from the record; or (2) the challenge rests on legal rather than factual

Supreme Court
of
Nevada

(O) 1947A

13-14263

allegations." *O'Guinn v. State*, 118 Nev. 849, 851-52, 59 P.3d 488, 489-90 (2002) (footnotes omitted). As Burchett has not alleged that either of these exceptions apply, we decline to consider this contention on direct appeal.

Having concluded that Burchett is not entitled to relief, we ORDER the judgment of conviction AFFIRMED.

_____, J.
Gibbons

_____, J.      _____, J.
Douglas                                 Saitta

cc:    Hon. Leon Aberasturi, District Judge
       Paul G. Yohey
       Attorney General/Carson City
       Lyon County District Attorney
       District Court Clerk